UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-20005-CR-GAYLES

UNITED STATES OF AMERICA

v.

ANAIS LORENZO,
      **Defendant.**
_____/

## FACTUAL PROFFER

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the defendant, Anais Lorenzo (hereinafter "the Defendant"), are sufficient to prove the guilt of the Defendant as to Count 1 of the Indictment.

Beginning no later than November 2016, and continuing through on or about July 21, 2020, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the Defendant knowingly and willfully combined, conspired, confederated, and agreed with her charged co-defendants, Department Health and Human Services – Office of Inspector General (hereinafter "HHS-OIG") Special Agent Alberto Alberico Ahias Crespo (hereinafter "SA Crespo"), Yandre Trujillo Hernandez (hereinafter "Trujillo"), and Jorge Diaz (hereinafter "Diaz"), and others, to possess with the intent to distribute Oxycodone, a Schedule II controlled substance, all in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

During the charged conspiracy, the Defendant and co-defendant Diaz were in a relationship and resided together in Hialeah, FL. At co-defendant Diaz's direction, the Defendant knowingly helped Diaz bring patients, often Medicare or Medicaid eligible, to health care clinics in order to

unlawfully obtain Oxycodone and distribute it for street-level profits. The Defendant helped co-defendant Diaz utilize patients M.P., A.A., P.R., B.R., M.C., and L.A., among others, to unlawfully obtain their Oxycodone prescriptions and subsequently distribute it, often to co-defendant Trujillo. The Defendant also knew that co-defendant SA Crespo was a federal law enforcement officer and that SA Crespo knowingly protected and assisted co-defendant Diaz's Oxycodone trafficking activities.

After the Defendant and co-defendant Diaz ended their relationship, they stopped living together. During July 2020, pursuant to the Title III investigation, the Defendant was also intercepted coordinating an unlawful 100-pill Oxycodone transaction for co-defendant Diaz via an individual named "Pistolita." Title III intercepts revealed that co-defendant Diaz later purchased 100 pills of purported Oxycodone from "Pistolita" for approximately $1,600, which co-defendant Diaz later discovered were fake.

Date: 7/6/22        By: _____
                          JUAN ANTONIO GONZALEZ
                          UNITED STATES ATTORNEY

                          _____
                          SEAN T. McLAUGHLIN
                          ASSISTANT UNITED STATES ATTORNEY

Date: 6/24/22       By: _____
                          ROGER CABRERA
                          ATTORNEY FOR DEFENDANT

Date: 6/24/22       By: _____
                          ANAIS LORENZO
                          DEFENDANT